THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STANLEY SCOTT BRISON, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-836-SDJ-KPJ |
| § | |
| KILOLO KIJAKAZI, § | |
| *Acting Commissioner of Social* § | |
| *Security*. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 12, 2022, the report of the Magistrate Judge (Dkt. #22) was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security Administration be reversed and remanded for further proceedings.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings.

So ORDERED and SIGNED this 26th day of September, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE